# United States District Court
## Violation Notice

CVB Location Code: **NH50**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6468290 | D'Orazio | 4805 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 8/9/19 1355
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 38 CFR 1.218(b)(57)

Place of Offense: Manchester NH VA Lot WY

Offense Description; Factual Basis for Charge: Parking in spaces posted as reserved for physically disabled persons

HAZMAT ☐

Last Name: Williams   First Name: Kristina   M.I.: M

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| V40226 | NH | | Dodge | | Red |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 50.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 80.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date (mm/dd/yyyy): _____  Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 8/9/19, 20 19 while exercising my duties as a law enforcement officer in the _____ District of _____

Sgt G-Michael

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/9/19   [Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident